# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Qwest Government Services, Inc. ) | ASBCA No. 60263 |
| d/b/a CenturyLink QGS ) | |
| ) | |
| Under Contract No. HC1013-12-D-0002 ) | |

APPEARANCES FOR THE APPELLANT:  Thomas O. Mason, Esq.
Francis E. Purcell, Jr., Esq.
Erin M. Estevez, Esq.
  Cooley LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  William E. Brazis, Jr., Esq.
  DISA General Counsel
Laura R. Barke, Esq.
Colleen M. Eagan, Esq.
  Trial Attorneys
  Defense Information Systems Agency
  Scott Air Force Base, IL

## ORDER DISMISSING APPEAL WITH PREJUDICE

Pursuant to the request in appellant's "MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE," dated 28 July 2016, this appeal is hereby DISMISSED WITH PREJUDICE.

Dated:  3 August 2016

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60263, Appeal of Qwest Government Services, Inc. d/b/a/ CenturyLink QGS, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals